IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

  v.                                     Civ. No. 1:22-cv-00627-KK-LF

2021 CAN AM MAVERICK XRS
VIN: 3JBVXAV44MK005691;
2021 CAN AM MAVERICK XRS
VIN: 3JBVNAV47MK003746

    *DEFENDANT-IN-REM.*

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This matter is before the court on Plaintiff's unopposed motion for Entry of Final Judgment and Order of Forfeiture. (Doc. 12). The Court, having reviewed the motion and the record, and being otherwise fully advised in the premises, finds that the motion is well taken and will be granted.

WHEREAS, on February 4, 2023, Plaintiff and Claimants entered into a settlement agreement to forfeit the 2021 CAN AM MAVERICK XRS VIN: 3JBVXAV44MK005691 to the United States and dismiss the 2021 Can AM Maverick XRS VIN: 3JBVNAV47MK003746 from this action.

WHEREAS, no further claims or parties remain for adjudication.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

All rights, title, and interest in the Defendant 2021 Can Am Maverick XRS VIN: 3JBVXAV44MK005691 are forfeited to the United States and title thereto is vested in the United States.

.

The Defendant 2021 Can AM Maverick XRS VIN: 3JBVNAV47MK003746 is dismissed from this action.

Each party will bear its own costs and attorney's fees.

*Kirtan Khalsa*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/
_____
STEPHEN R. KOTZ
Assistant U.S. Attorney

APPROVED VIA TELEPHONE

/s/ Santiago E. Juarez
Santiago E. Juarez
Amparo Legal Services, LLC
721 5th Street NW
Albuquerque, NM 87102
(505) 246-8499
santiagojuarezlaw@gmail.com

2